United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN N. HUYNH,
Plaintiff,
v.
COUNTY OF SANTA CLARA,
Defendant.

Case No. 5:26-cv-02729-EKL

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS, GRANTING DISABILITY ACCOMMODATION REQUEST, AND ORDERING SERVICE**

Re: ECF Nos. 6, 10, 11

Self-represented Plaintiff John Huynh brings claims under 42 U.S.C. § 1983 against the County of Santa Clara. ECF No. 1. Plaintiff previously applied to proceed *in forma pauperis*. ECF No. 2. His application was denied with leave to refile by April 28, 2026. ECF No. 4. Plaintiff timely filed an amended application to proceed *in forma pauperis*. ECF No. 6. Plaintiff subsequently filed a request for disability accommodation, first via letter and then via administrative motion pursuant to Civil Local Rule 7-11. ECF Nos. 10, 11. This Order addresses all matters currently pending before the Court.

First, having considered Plaintiff's application to proceed *in forma pauperis*, the application is GRANTED.

Second, having reviewed Plaintiff's requests for accommodation, ECF Nos. 10, 11, the Court grants Plaintiff's request and orders that all communications in this action be in writing, unless otherwise ordered by the Court. All motions shall be decided on the papers without a hearing, unless otherwise ordered. If Defendant wishes to seek relief from this written-only communication order, it may do so by motion pursuant to Civil Local Rule 7-11.

Third, Plaintiff's complaint was previously screened pursuant to 28 U.S.C. § 1915(e)(2) and found to be sufficient. ECF No. 4 at 2-3. Therefore, the Court ORDERS service of the

United States District Court
Northern District of California

complaint.

For the foregoing reasons, the Court ORDERS as follows:

1. By **October 2, 2026**, Plaintiff shall file a proposed summons for Defendant County of Santa Clara. The summons for Defendant shall be directed to:

   County of Santa Clara
   Office of the County Clerk-Recorder
   110 West Tasman Drive, 1st Floor
   San Jose, CA 95134

2. Upon Plaintiff's filing of the proposed summons, the Clerk of Court shall issue the summons, and the U.S. Marshal for the Northern District of California shall SERVE, without payment of fees, the complaint, this Order, and the summons upon Defendant.

**IT IS SO ORDERED.**

Dated: September 21, 2026



Eumi K. Lee
United States District Judge