United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN N. HUYNH,
Plaintiff,

v.

COUNTY OF SANTA CLARA,
Defendant.

Case No. 5:26-cv-02729-EKL

**AMENDED ORDER OF SERVICE**

Re: ECF No. 12

On September 21, 2026, the Court granted Plaintiff John N. Huynh's motion to proceed *in forma pauperis* and ordered Plaintiff to file a proposed summons for Defendant County of Santa Clara with an address on West Tasman Drive. ECF No. 12. Plaintiff did so on October 1, 2026. ECF No. 13. It appears that the proper address for service of Defendant is on West Hedding Street. Thus, in the interest of expediency, the Court amends its previous order and directs the Clerk of Court to prepare and issue the summons to Defendant County of Santa Clara at 70 West Hedding Street, San Jose, CA, 95110. The U.S. Marshal for the Northern District of California shall SERVE the complaint, this order, the Court's previous order (ECF No. 12), and the summons prepared by the Clerk of Court upon Defendant without payment of fees.

**IT IS SO ORDERED.**

Dated: October 2, 2026

Eumi K. Lee
United States District Judge